UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR3159-JM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER DENYING MOTION TO |
| CARLOS ARENAS-NATIVIDAD, | ) ) | CONTINUE HEARING [Docket 16] |
| Defendant. | ) ) | |

The parties' Joint Motion for Order to Continue Hearing is DENIED. Counsel shall appear as scheduled in Courtroom 16 on *October 31, 2008 at 11:00 a.m.*

**IT IS SO ORDERED**.

DATED: October 30, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge