UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR3159-JM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE HEARING |
| CARLOS ARENAS-NATIVIDAD, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the motion hearing/trial setting hearing, for Mr. Arenas-Natividad, be continued from December 12, 2008, at 11:00 a.m. until ***January 23, 2009 at 11:00 a.m.*** as stipulated and agreed upon by all parties. The defendant is currently in custody and the Court finds that time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED**.

DATED: December 10, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge